

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00724-CV

Leticia Antoinette **BOYD**,
Appellant

v.

**WESTWOOD PLAZA APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV07739
Honorable J Frank Davis, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: March 11, 2020

DISMISSED FOR WANT OF PROSECUTION

Appellant filed a notice of appeal from the trial court's judgment signed on October 11, 2019. Appellant's brief was due by January 22, 2020. Neither the brief nor a motion for extension of time was filed. On February 5, 2020, we ordered appellant to file an appellant's brief and a written response reasonably explaining her failure to timely file the brief by February 18, 2020. We advised appellant that if she failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed a brief or the written response as ordered by this court. We therefore dismiss this appeal

for want of prosecution. *See id.* We further order that no costs be assessed against appellant because she is indigent.

PER CURIAM